**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Meghan E. Thompson fka Meghan E. Moore<br>              Debtor(s) | |
| Toyota Lease Trust<br>                    Movant<br>         v.<br>Meghan E. Thompson fka Meghan E. Moore<br>                    Respondent<br>                    and<br>Jeffrey J. Sikirica, Trustee<br>                    Additional Respondent | BK. NO. 19-20853 CMB<br><br>CHAPTER 7<br>Related to Docket #   13<br><br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 24th day of April, 2019, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2016 Toyota Rav4, VIN: 2T3DFREV6GW422367, , in a commercially reasonable manner.

FILED
4/24/19 5:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                                    dmr
Chief United States Bankruptcy Court Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                        Case No. 19-20853-CMB
Meghan E. Thompson                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1          Date Rcvd: Apr 24, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db             +Meghan E. Thompson,    534 Dorchester Drive,    Mars, PA 16046-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Meghan E. Thompson bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Christopher Joseph Albert    on behalf of Creditor    Yvonne M. Cornell calbert@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5