# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Meghan E. Thompson, | : | Bankruptcy No. 19-20853 |
| Debtor. | : | Chapter 7 |
| | : | |
| Meghan E. Thompson, | : | Document No. 20 |
| Movant, | : | |
| v. | : | |
| Jeffrey Sikirica, Chapter 7 Trustee, | : | |
| Respondent. | : | |

## ORDER

AND NOW this __21st__ day of __May__, 2019, upon consideration of Debtor's Motion to Meeting of Creditors, it is hereby ORDERED, ADJUDGED and DECREED that the 341 Meeting of Creditors scheduled for May 28, 2019 shall be continued to the next available meeting date.

_____
Chief U.S. Bankruptcy Judge

FILED
5/21/19 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 19-20853-CMB
Meghan E. Thompson                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: llea                  Page 1 of 1              Date Rcvd: May 21, 2019
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +Meghan E. Thompson,    534 Dorchester Drive,    Mars, PA 16046-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Meghan E. Thompson bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Christopher Joseph Albert    on behalf of Creditor    Yvonne M. Cornell calbert@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5