**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–20853–CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Meghan E. Thompson
  fka Meghan E. Moore
  534 Dorchester Drive
  Mars, PA 16046

Social Security No.:
  xxx–xx–5238

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number:  724–799–8404 | Jeffrey J. Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044<br>Telephone number:  724–625–2566 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
July 15, 2019
04:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 5/21/19                                          BY THE COURT

                                                        Carlota M. Bohm
                                                        Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Meghan E. Thompson  
     Debtor

Case No. 19-20853-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: llea     Page 1 of 1     Date Rcvd: May 21, 2019  
                      Form ID: rsc     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
```
db              +Meghan E. Thompson,    534 Dorchester Drive,    Mars, PA 16046-4704
15004911         Christopher J. Albert, Esquire,    Grenen & Birsic, P.C.,    One Gateway Center, 9th Floor,
                   Pittsburgh, PA 15222
15004912        +Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
15004913        +Michael D. Lazzaro, Esquire,    127 North Main Street,    Greensburg, PA 15601-2403
15004914        +Refresh Dental,    1302 Freedom Road,    Cranberry Twp, PA 16066-5016
15004915        +Scott R. Baird,    321835 Skidmore Drive,    Greensburg, PA 15601-5574
15014022         Yvonne M. Cornell,    c/o Christopher J. Albert, Esquire,    Grenen & Birsic, PC,
                   One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
15004916        +Yvonne M. Cornell,    504 Whitehaven Court,    Chesapeake, VA 23325-4422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 02:41:02      Pennsylvania Dept. of Revenue,
                   Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                   Harrisburg, PA  17128-0946
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 22 2019 02:39:25
                   Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
15004908        +E-mail/Text: bankruptcy@usecapital.com May 22 2019 02:41:23      Capital Accounts, LLC,
                   PO Box 140065,    Nashville, TN 37214-0065
15004909         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2019 02:38:49      Capital One,
                   PO Box 71083,    Charlotte, NC 28272-1083
15004910        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 22 2019 02:38:50
                   Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
                                                                                                TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Toyota Motor Credit Corporation
cr               Yvonne M. Cornell
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
```
              Brian C. Thompson     on behalf of Debtor Meghan E. Thompson bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Christopher Joseph Albert     on behalf of Creditor    Yvonne M. Cornell calbert@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                TOTAL: 5
```