**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Meghan E. Thompson**
**fka Meghan E. Moore**
   Debtor(s)

Bankruptcy Case No.: 19–20853–CMB

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Jeffrey J. Sikirica is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 5, 2020

Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Meghan E. Thompson  
    Debtor

Case No. 19-20853-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: admin   Page 1 of 1   Date Rcvd: Aug 05, 2020  
                     Form ID: 129         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db             +Meghan E. Thompson,   534 Dorchester Drive,   Mars, PA 16046-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
        Brian C. Thompson    on behalf of Debtor Meghan E. Thompson bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
        Christopher Joseph Albert    on behalf of Creditor    Yvonne M. Cornell calbert@grenenbirsic.com, mcupec@grenenbirsic.com
        James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
        Jon M. Lewis    on behalf of Plaintiff Scott R. Baird JLewis@mshblaw.com,
         BShafran@mshblaw.com;jonlewislaw@yahoo.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                      TOTAL: 6